IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES D. BALE, as Personal Representative of the ESTATE OF TYLER A. BALE, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No.: 1:20-cv-00113-RLY-DLP |
| HAMILTON COUNTY, a Municipal Entity, HAMILTON COUNTY SHERIFF, SHERIFF MARK BOWEN, HAMILTON OFFICER ROBERT PONTIUS, OFFICERANTHONY CHAVEZ, OFFICER CHRISTOPHER LAND, OFFICER GALEN HART, OFFICER MATTHEW LAWSON, OFFICER CHRISTOPHER SANTIAGO, OFFICER EL HADJI NDLAYE, TIM REED, CHRISTINA BARR, KAREN HOOD, LAURENE JOHNSON, RONNI HAINES, ROBYN GAUTHIER, MICHAEL PERSON, M.D., and CORIZON HEALTH, INC., d/b/a CORIZON, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendantss. | ) | |

**DEFENDANTS TIM REED, KAREN HOOD, AND LAURENE JOHNSON'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants Tim Reed, Karen Hood, and Laurene Johnson, by counsel, for their Answer to Plaintiff's Complaint, states the following:

**JURISDICTION**

1. Defendants deny that anyone's Constitutional rights were violated. Defendants admit that Plaintiff is making the allegation that Tyler Bale's Constitutional rights were violated.

1

2. Defendants admit that this Court has jurisdiction over Plaintiff's claims.

3. Defendants admit that Plaintiff is apparently seeking in excess of $75,000.

## VENUE

4. Defendants admit that this Court is the correct venue for this case.

## PARTIES

5. Defendants incorporate herein by reference their answers to the preceding paragraphs.

6. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

7. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

8. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

9. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

10. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

11. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

12. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

13. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

14. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

15. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

16. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

17. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

18. Defendants deny the allegations in this paragraph.

19. Defendants deny the allegations in this paragraph.

20. Defendants deny the allegations in this paragraph.

21. Defendants deny the allegations in this paragraph.

22. Defendants deny the allegations in this paragraph.

23. Defendants deny the allegations in this paragraph.

24. Defendants deny the allegations in this paragraph.

25. Defendants deny the allegations in this paragraph.

## **FACTUAL STATEMENT**

26. Defendants incorporate herein by reference their answers to the preceding paragraphs.

27. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

28. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

29. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

30. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

31. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

32. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

33. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

34. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

35. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

36. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

37. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

38. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

39. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

40. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

41. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

42. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

43. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

44. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

45. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

46. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

47. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

48. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

49. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

50. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

51. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

52. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

53. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

54. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

55. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

56. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

57. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

58. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

59. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

60. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

61. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

62. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

63. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

64. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

65. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

66. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

67. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

68. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

69. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

70. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

71. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

72. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

73. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

74. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

75. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

76. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

77. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

78. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

79. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

80. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

81. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

82. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

83. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

84. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

85. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

86. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

87. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

88. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

89. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

90. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

91. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

92. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

93. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

94. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

95. Defendants deny the allegations in this paragraph.

96. Defendants deny the allegations in this paragraph.

97. Defendants deny the allegations in this paragraph.

98. Defendants deny the allegations in this paragraph.

99. Defendants deny the allegations in this paragraph.

100. Defendants deny the allegations in this paragraph.

101. Defendants deny the allegations in this paragraph.

102. Defendants deny the allegations in this paragraph.

103. Defendants deny the allegations in this paragraph.

104. Defendants deny the allegations in this paragraph.

105. Defendants deny the allegations in this paragraph.

106. Defendants deny the allegations in this paragraph.

107. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

108. Defendants deny the allegations in this paragraph.

109. Defendants deny the allegations in this paragraph.

110. Defendants deny the allegations in this paragraph.

111. Defendants deny the allegations in this paragraph.

112. Defendants deny the allegations in this paragraph.

113. Defendants deny the allegations in this paragraph.

114. Defendants deny the allegations in this paragraph.

115. Defendants deny the allegations in this paragraph.

116. Defendants deny the allegations in this paragraph.

117. Defendants deny the allegations in this paragraph.

118. Defendants deny the allegations in this paragraph.

119. Defendants deny the allegations in this paragraph.

120. Defendants deny the allegations in this paragraph.

## COUNT I

121. Defendants incorporate herein by reference their answers to the preceding paragraphs.

122. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

123. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

124. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

125. Defendants deny the allegations in this paragraph.

126. Defendants deny the allegations in this paragraph.

127. Defendants deny the allegations in this paragraph.

128. Defendants deny the allegations in this paragraph.

129. Defendants deny the allegations in this paragraph.

## COUNT II

130. Defendants incorporate their responses to each preceding paragraph as though fully restated herein.

131. Defendants deny the allegations in this paragraph.

132. Defendants deny the allegations in this paragraph.

133. Defendants deny the allegations in this paragraph.

134. Defendants deny the allegations in this paragraph.

135. Defendants deny the allegations in this paragraph.

136. Defendants deny the allegations in this paragraph.

137. Defendants deny the allegations in this paragraph.

138. Defendants deny the allegations in this paragraph.

## COUNT III

139. Defendants incorporate their responses to each preceding paragraph as though fully restated herein.

140. Defendants deny the allegations in this paragraph.

141. Defendants deny the allegations in this paragraph.

142. Defendants deny the allegations in this paragraph.

143. Defendants deny the allegations in this paragraph.

144. Defendants deny the allegations in this paragraph.

145. Defendants deny the allegations in this paragraph.

146. Defendants deny the allegations in this paragraph.

147. Defendants deny the allegations in this paragraph.

## COUNT IV

148. Defendants incorporate their responses to each preceding paragraph as though fully  restated herein.

149. Defendants deny the allegations in this paragraph.

150. Defendants deny the allegations in this paragraph.

151. Defendants deny the allegations in this paragraph.

152. Defendants deny the allegations in this paragraph.

153. Defendants deny the allegations in this paragraph.

154. Defendants deny the allegations in this paragraph.

155. Defendants deny the allegations in this paragraph.

156. Defendants deny the allegations in this paragraph.

## COUNT V

157. Defendants incorporate their responses to each preceding paragraph as though fully restated herein.

158. Defendants deny the allegations in this paragraph.

159. Defendants deny the allegations in this paragraph.

160. Defendants deny the allegations in this paragraph.

161. Defendants deny the allegations in this paragraph.

162. Defendants deny the allegations in this paragraph.

163. Defendants deny the allegations in this paragraph.

164. Defendants deny the allegations in this paragraph.

165. Defendants deny the allegations in this paragraph.

166. Defendants deny the allegations in this paragraph.

167. Defendants deny the allegations in this paragraph.

168. Defendants deny the allegations in this paragraph.

169. Defendants deny the allegations in this paragraph.

170. Defendants deny the allegations in this paragraph.

171. Defendants deny the allegations in this paragraph.

172. Defendants deny the allegations in this paragraph.

## COUNT VI

173. Defendants incorporate their responses to each preceding paragraph as though fully restated herein.

174. Defendants deny the allegations in this paragraph.

175. Defendants deny the allegations in this paragraph.

176. Defendants deny the allegations in this paragraph.

177. Defendants deny the allegations in this paragraph.

178. Defendants deny the allegations in this paragraph.

179. Defendants deny the allegations in this paragraph.

180. Defendants deny the allegations in this paragraph.

181. Defendants deny the allegations in this paragraph.

182. Defendants deny the allegations in this paragraph.

183. Defendants deny the allegations in this paragraph.

184. Defendants deny the allegations in this paragraph.

185. Defendants deny the allegations in this paragraph.

186. Defendants deny the allegations in this paragraph.

187. Defendants deny the allegations in this paragraph.

188. Defendants deny the allegations in this paragraph.

## **COUNT VII**

189. Defendants incorporate their responses to each preceding paragraph as though fully restated herein.

190. Defendants deny the allegations in this paragraph.

191. Defendants deny the allegations in this paragraph.

192. Defendants deny the allegations in this paragraph.

193. Defendants deny the allegations in this paragraph.

194. Defendants deny the allegations in this paragraph.

195. Defendants deny the allegations in this paragraph.

196. Defendants deny the allegations in this paragraph.

197. Defendants deny the allegations in this paragraph.

198. Defendants deny the allegations in this paragraph.

199. Defendants deny the allegations in this paragraph.

200. Defendants deny the allegations in this paragraph.

201. Defendants deny the allegations in this paragraph.

202. Defendants deny the allegations in this paragraph.

203. Defendants deny the allegations in this paragraph.

204. Defendants deny the allegations in this paragraph.

## **COUNT VIII**

205. Defendants incorporate their responses to each preceding paragraph as though fully restated herein.

206. Defendants deny the allegations in this paragraph.

207. Defendants deny the allegations in this paragraph.

208. Defendants deny the allegations in this paragraph.

209. Defendants deny the allegations in this paragraph.

210. Defendants deny the allegations in this paragraph.

211. Defendants deny the allegations in this paragraph.

212. Defendants deny the allegations in this paragraph.

213. Defendants deny the allegations in this paragraph.

214. Defendants deny the allegations in this paragraph.

215. Defendants deny the allegations in this paragraph.

216. Defendants deny the allegations in this paragraph.

217. Defendants deny the allegations in this paragraph.

218. Defendants deny the allegations in this paragraph.

219. Defendants deny the allegations in this paragraph.

220. Defendants deny the allegations in this paragraph.

WHEREFORE, Defendants pray for judgment in their favor, that Plaintiff takes nothing by way of his Complaint and for all other just and proper relief.

## AFFIRMATIVE DEFENSES

Defendants, Tim Reed, Karen Hood, and Laurene Johnson, by counsel, for their Affirmative Defenses, states the following:

1. Defendants are entitled to qualified immunity.
2. Defendants actions did not result in Tyler Bale's death.
3. Defendants provided adequate and objectively reasonable medical care to Decedent that was within the standard of care.
4. To the extent Co-Defendants assert affirmative defenses, these Defendants incorporate those herein by reference.

WHEREFORE, Defendants Tim Reed, Karen Hood, and Laurene Johnson pray for judgment in their favor, that Plaintiff takes nothing by way of his Complaint and for all other just and proper relief.

## JURY DEMAND

Defendants request a trial by jury.

        Respectfully Submitted,

/s/Carol A. Dillon
Carol A. Dillon, #25549-49
*One of the Attorneys for Defendants Ronni Haines, Christina Barr, Tim Reed, Karen Hood, and Laurene Johnson*

/s/Christopher Andrew Farrington
Carol A. Dillon, #34006-49
*One of the Attorneys for Defendants Ronni Haines, Christina Barr, Tim Reed, Karen Hood, and Laurene Johnson*

Carol A. Dillon, #25549-49
Christopher Andrew Farrington, #34006-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana  46250-4365
Phone: (317) 567-2222
Fax: (317) 567-2220
E-Mail: carol@bleekedilloncrandall.com
E-Mail: drew@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on the April 13, 2020, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system to the following parties:

All electronically ECF Registered Parties

        /s/ Christopher Andrew Farrington
        Christopher Andrew Farrington