UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES D. BALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00113-RLY-DLP |
| | ) | |
| HAMILTON COUNTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order to Terminate Dismissed Defendant from Docket**

On January 23, 2020, plaintiff James D. Bale filed his notice of voluntary dismissal without prejudice of all claims against defendant Corizon Health, Inc. Dkt. 9. The dismissal is effective without a court order. Fed. R. Civ. P. 41(a)(1)(i). Accordingly, the **clerk is directed** to terminate Corizon Health, Inc. from the docket as a defendant.

**IT IS SO ORDERED**.

Date:   6/19/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeb Adam Crandall
Bleeke Dillon Crandall Attorneys
jeb@bleekedilloncrandall.com

Carol A. Dillon
Bleeke Dillon Crandall, P.C.
carol@bleekedilloncrandall.com

Christopher Andrew Farrington
Bleeke Dillon Crandall Attorneys
drew@bleekedilloncrandall.com

James J. Harrington, IV.
Fieger, Fieger, Kenney & Harrington, P.C.
j.harrington@fiegerlaw.com

Donald B. Kite, Sr.
don.kite@gmail.com

Mark W. Sniderman
Findling Park Conyers Woody & Sniderman, PC
msniderman@findlingpark.com