

**FILED**
JUN 22 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Re Cause # 1:20-CV-00113-RLY-DLP

2020 Brown Street
Anderson, IN 46016

June 17, 2020

BLEEKE DILLON CRANDALL
Attn: Ms. Barbara Meyer
8470 Allison Point Blvd, Ste 420
Indianapolis, IN 46250-4365

VIA EMAIL TO: barbara@bleekedilloncrandall.com

RE: Tyler Bale, DOB: 11/30/84
     Your file #: 538-52459

Dear Ms. Meyer:

As a response to your letter dated 5/26/20 (a copy of which is attached), please be advised that Aspire Indiana cannot release the records requested.

In a diligent effort to preserve the confidentiality of our clients' personal information, Aspire Indiana relies on I.C. 16-39-3-3. This statute outlines the procedure necessary to obtain mental health records without the patient's written consent. A copy of our release is also attached.

As noted below, I am furnishing a copy of this letter of response to the Court and to all attorneys of record (via email) as indicated on your Certificate of Service accompanying the Request For Production Of Documents To Non-Party.

Sincerely,

Deborah Archer-Privacy Officer
Medical Records Department
(765) 641-8295 phone
(765) 622-7415 fax

cc:   US District Court
     Mr. Mark W. Sniderman
     Mr. James J. Harrington, IV
     Mr. Jeb A. Crandall
     Mr. Donald B. Kite, Sr.



## BleekeDillonCrandall
### ATTORNEYS

barbara@bleekedilloncrandall.com

May 26, 2020

Aspire Indiana Health
2506 Willowbrook Pkwy., Suite 300
Indianapolis, IN 46205

Re:　　　　　　　　Patient:　　Tyler A. Bale
　　　　　　　　　　DOB:　　　11-30-84
　　　　　　　　　　Our File #:　538.52459

Dear Medical Records:

　　　　Please be advised that this law firm represents a Defendant in an action currently pending before the U.S. District Court. I am in the process of compiling medical records and to that end I am enclosing a Non-Party Request and Subpoena. Pursuant FRCP 34(C), please forward a complete and certified copy of **Tyler Bale's complete chart as outlined in the Non-Party Request**:

**1.** All Medical records for all dates of service, such as history and physical, consultation notes, inpatient, outpatient, emergency room treatment, orders, progress notes, nurse's notes, social worker records, treatment plans, admission records, discharge summaries, documents, correspondence (e-mails, letters, facsimiles, etc.), test results, statements questionnaires/histories, photographs, x-rays, radiology films and CDs, videotapes, telephone messages, and records received by other medical providers), within 30 days from the date of this letter. A Certification of Records is also enclosed for your use in returning the records to our office. *If copying costs exceed or are anticipated to exceed $100.00, fee approval must be received from this office first.*

　　　　Should you anticipate any difficulty in providing this information, please call or email me immediately. Thank you for your assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　Barbara Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　Paralegal

Enclosures

HIPAA ADVISORY: On **5-18-20** the above notice was sent to the attorney for the individual who is subject of the health information requested and this notice includes sufficient information about the litigation in which the information is required to permit an objection to be made. In the event Bleeke Dillon Crandall, P.C. receives an objection you will be immediately notified.

## CERTIFICATION OF RECORDS

PATIENT'S NAME:  Tyler A. Bale
PATIENT'S DOB:  11-30-84
PATIENT'S SSN.:  xxx-xx-xxxx

PATIENT'S MEDICAL RECORD NO.:_____

The copies of records for which this certification is made are true and complete reproductions of the original or microfilmed records that are housed at Aspire Indiana Health. The original records were made in the regular course of business, and it was the regular course of Aspire Indiana Health to make the records at or near the time of the matter recorded. This certification is given pursuant to IC 34-43-1-5, and/or Federal Rules of Civil Procedure Rule 44, Federal Rules of Evidence Rule 901, by custodian of the records in lieu of the custodian's personal appearance.

NUMBER OF PAGES SENT: _____

_____
Medical Records Custodian
Aspire Indiana Health

_____
Date



9615 East 148th Street, Suite 1
Noblesville, IN 46060

INDIANAPOLIS
IN 460
18 JUN '20
PM 5 L



ZIP 46060 $ 000.50⁰
02 4W
0000340864 JUN 17 2020

RECEIVED

JUN 19 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

U S District Court
Southern District of Indiana
46 East Ohio Street
Indianapolis IN 46204

4620481903 C009