UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES D. BALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00113-RLY-DLP |
| | ) |
| HAMILTON COUNTY, | ) |
| HAMILTON COUNTY SHERIFF, | ) |
| MARK BOWEN, | ) |
| ROBERT PONTIUS, | ) |
| ANTHONY CHAVEZ, | ) |
| CHRISTOPHER LAND, | ) |
| GALEN HART, | ) |
| MATTHEW LAWSON, | ) |
| CHRISTOPHER SANTIAGO, | ) |
| EL HADJI NDLAYE, | ) |
| TIM REED, | ) |
| CHRISTINA BARR, | ) |
| KAREN HOOD, | ) |
| LAURENE JOHNSON, | ) |
| RONNI HAINES, | ) |
| ROBYN GAUTHIER, | ) |
| MICHAEL PERSON, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JULY 23, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference on July 23, 2020. The parties reported on the status of and future plans for discovery and potential settlement conference.

Additionally, the settlement conference scheduled for August 6, 2020 is **CONTINUED** to **August 10, 2020** at **9:30 a.m. (Eastern)** by telephone before Magistrate Judge Doris L. Pryor. The parties shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 7/27/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email