UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES D. BALE, | ) |
|       Plaintiff, | ) |
| v. | ) No. 1:20-cv-00113-RLY-DLP |
| HAMILTON COUNTY, | ) |
| HAMILTON COUNTY SHERIFF, | ) |
| MARK BOWEN, | ) |
| ROBERT PONTIUS, | ) |
| ANTHONY CHAVEZ, | ) |
| CHRISTOPHER LAND, | ) |
| GALEN HART, | ) |
| MATTHEW LAWSON, | ) |
| CHRISTOPHER SANTIAGO, | ) |
| EL HADJI NDLAYE, | ) |
| TIM REED, | ) |
| CHRISTINA BARR, | ) |
| KAREN HOOD, | ) |
| LAURENE JOHNSON, | ) |
| RONNI HAINES, | ) |
| ROBYN GAUTHIER, | ) |
| MICHAEL PERSON, | ) |
|       Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave for Thomas Bale to Attend Settlement Conference, Dkt. [61]. The Court, being duly advised, hereby **GRANTS** said Motion. Thomas Bale is permitted to attend the August 10, 2020 settlement conference.

So ORDERED.

Date: 8/6/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email