UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES D. BALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00113-RLY-DLP |
| | ) | |
| HAMILTON COUNTY, | ) | |
| HAMILTON COUNTY SHERIFF, | ) | |
| MARK BOWEN, | ) | |
| ROBERT PONTIUS, | ) | |
| ANTHONY CHAVEZ, | ) | |
| CHRISTOPHER LAND, | ) | |
| GALEN HART, | ) | |
| MATTHEW LAWSON, | ) | |
| CHRISTOPHER SANTIAGO, | ) | |
| EL HADJI NDLAYE, | ) | |
| TIM REED, | ) | |
| CHRISTINA BARR, | ) | |
| KAREN HOOD, | ) | |
| LAURENE JOHNSON, | ) | |
| RONNI HAINES, | ) | |
| ROBYN GAUTHIER, | ) | |
| MICHAEL PERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR AUGUST 10, 2020**
**SETTLEMENT CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference on August 10, 2020. This matter is **CONTINUED** to **August 26, 2020** at **1:30 p.m. (Eastern)** by telephone. The parties shall attend the conference by calling

the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 8/11/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email