UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JAMES D. BALE, as Administrator for the
Estate of TYLER BALE, Dec.,

    Plaintiff,

v

HAMILTON COUNTY, a Municipal Entity, HAMILTON COUNTY SHERIFF DEPARTMENT, SHERIFF MARK BOWEN, HAMILTON OFFICER ROBERT PONTIUS, OFFICER ANTHONY CHAVEZ, OFFICER CHRISTOPHER LAND, OFFICER GALEN HART, OFFICER MATTHEW LAWSON, OFFICER CHRISTOPHER SANTIAGO, OFFICER EL HADJI NDLAYE, TIM REED, CHRISTINA BARR, KAREN HOOD, LAURENE JOHNSON, RONNI HAINES, ROBYN GAUTHIER, MICHAEL PERSON, M.D., and CORIZON HEALTH, INC., d/b/a CORIZON, LLC.,

    Defendants.

Case No. 1:20-cv-00113-RLY-DLP

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>JAMES J. HARRINGTON, IV (P65351)<br>RAQUEL MUNOZ (P77420)<br>Fieger, Fieger, Kenney & Harrington, PC<br>Attorneys for Plaintiff<br>19390 West 10 Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>Fax: (248) 355-5148<br>j.harrington@fiegerlaw.com | CAROL A. DILLON (#25549-49)<br>CHRISTOPHER A. FARRINGTON (#24006-49)<br>Bleeke, Dillon & Crandall, PC<br>Attorneys for Defs, Haines, Barr, Reed, Hood, Johnson, Gauthier, Person<br>8470 Allison Point Blvd, Ste. 420<br>Indianapolis, IN 46250<br>(317) 567-2222<br>Fax: (317) 567-2220<br>carol@bleekdilloncrandall.com<br>drew@bleekdillondrandall.com |
| MARK W. SNIDERMAN (#26599-49)<br>Findling, Park, Conyers, Woody & Sniderman, PC<br>Co-Counsel for Plaintiff<br>151 North Delaware St., Ste. 1520<br>Indianapolis, IN 46204<br>(317) 231-1100<br>msniderman@findlingpark.com | DONALD B. KITE, SR. (#11601-41)<br>Attorney for Hamilton Co Defs: Hamilton County, Hamilton County Sheriff, Bowen, Pontius, Chavez, Land, Hart, Lawson, Santiago & Ndlaye<br>8082 Stafford Lane<br>Indianapolis, IN 46260<br>don.kite@gmail.com |

**NOTIFICATION OF SETTLEMENT**

{00994719.DOCX}

PLEASE TAKE NOTICE that the current matter has resolved by way of settlement. Plaintiff will be preparing and filing a Motion to Approve Settlement with the Court.

It is requested by the Plaintiff that all control dates such as trial, summary judgment, etc., be stayed and/or removed from this Court's calendar pending the anticipated settlement and ultimate dismissal of this case.

                                          Respectfully submitted by:

                                          /s/ James J. Harrington, IV
                                          GEOFFREY N. FIEGER (P30441)
                                          JAMES J. HARRINGTON, IV (P65351)
                                          Fieger, Fieger, Kenney & Harrington, PC
                                          19390 West 10 Mile Road
                                          Southfield, MI 48075
                                          (248) 355-5555
                                          Fax: (248) 355-5148
                                          j.harrington@fiegerlaw.com

Dated: September 22, 2020