IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES D. BALE, as Personal Representative of the ESTATE OF TYLER A. BALE, Deceased,<br><br>  Plaintiff,<br><br> v.<br><br>HAMILTON COUNTY, a Municipal Entity, HAMILTON COUNTY SHERIFF, SHERIFF MARK BOWEN, HAMILTON OFFICER ROBERT PONTIUS, OFFICERANTHONY CHAVEZ, OFFICER CHRISTOPHER LAND, OFFICER GALEN HART, OFFICER MATTHEW LAWSON, OFFICER CHRISTOPHER SANTIAGO, OFFICER EL HADJI NDLAYE, TIM REED, CHRISTINA BARR, KAREN HOOD, LAURENE JOHNSON, RONNI HAINES, ROBYN GAUTHIER, and MICHAEL PERSON, M.D.,<br><br>  Defendants. | Cause No.: 1:20-cv-00113-RLY-DLP |

**ORDER ON STIPULATION OF DISMISSAL**

All parties, by counsel, by their respective counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the above-entitled action be dismissed, with prejudice, as to Defendants Tim Reed, Christina Barr, Ronnie Haines, and Robyn Gauthier. And the Court, having considered the same and being duly advised, now finds that the Stipulation is well taken and should be GRANTED.

1

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this cause of action is dismissed, with prejudice, against Defendants Tim Reed, Christina Barr, Ronnie Haines, and Robyn Gauthier, with each party to bear its respective costs and attorneys' fees.

SO ORDERED.

Date: _____   _____

Judge, USDC, Southern District

**Distribution to:**

All electronically ECF Registered Parties