## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

JAMES D. BALE, as Administrator for the
Estate of TYLER BALE, Dec.,

    Plaintiff,

v

HAMILTON COUNTY, a Municipal Entity, HAMILTON COUNTY SHERIFF DEPARTMENT, SHERIFF MARK BOWEN, HAMILTON OFFICER ROBERT PONTIUS, OFFICER ANTHONY CHAVEZ, OFFICER CHRISTOPHER LAND, OFFICER GALEN HART, OFFICER MATTHEW LAWSON, OFFICER CHRISTOPHER SANTIAGO, OFFICER EL HADJI NDLAYE, TIM REED, CHRISTINA BARR, KAREN HOOD, LAURENE JOHNSON, RONNI HAINES, ROBYN GAUTHIER, MICHAEL PERSON, M.D., and CORIZON HEALTH, INC., d/b/a CORIZON, LLC.,

    Defendants.

Case No. 1:20-cv-00113-RLY-DLP

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>JAMES J. HARRINGTON, IV (P65351)<br>RAQUEL MUNOZ (P77420)<br>Fieger, Fieger, Kenney & Harrington, PC<br>Attorneys for Plaintiff<br>19390 West 10 Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>Fax: (248) 355-5148<br>j.harrington@fiegerlaw.com | CAROL A. DILLON (#25549-49)<br>CHRISTOPHER A. FARRINGTON (#24006-49)<br>Bleeke, Dillon & Crandall, PC<br>Attorneys for Defs, Haines, Barr, Reed, Hood, Johnson, Gauthier, Person<br>8470 Allison Point Blvd, Ste. 420<br>Indianapolis, IN 46250<br>(317) 567-2222<br>Fax: (317) 567-2220<br>carol@bleekdilloncrandall.com<br>drew@bleekdillondrandall.com |
| MARK W. SNIDERMAN (#26599-49)<br>Findling, Park, Conyers, Woody & Sniderman, PC<br>Co-Counsel for Plaintiff<br>151 North Delaware St., Ste. 1520<br>Indianapolis, IN 46204<br>(317) 231-1100<br>msniderman@findlingpark.com | DONALD B. KITE, SR. (#11601-41)<br>Attorney for Hamilton Co Defs: Hamilton County, Hamilton County Sheriff, Bowen, Pontius, Chavez, Land, Hart, Lawson, Santiago & Ndlaye<br>8082 Stafford Lane<br>Indianapolis, IN 46260<br>don.kite@gmail.com |

## **NOTICE OF WITHDRAWAL OF DOCUMENT 76**

{00999449.DOCX}

NOW COMES Plaintiff, James D. Bale, as Administrator for the Estate of Tyler Bale Deceased, by and through his attorneys, Fieger, Fieger, Kenney & Harrington, P.C., and hereby withdraws Document 76, which was filed on September 22, 2020, and requests it be removed from this court's docket.

Respectfully submitted by:

/s/ James J. Harrington, IV
GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON, IV (P65351)
Fieger, Fieger, Kenney & Harrington, PC
19390 West 10 Mile Road
Southfield, MI 48075
(248) 355-5555
Fax: (248) 355-5148
j.harrington@fiegerlaw.com

Dated:  October 1, 2020

{00999449.DOCX}